IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

MARCUS D. SMITH                                                                                          PLAINTIFF

v.                                                                                              No. 1:15CV141-SA-SAA

LT. UNKNOWN ROBERTS, ET AL.                                                                    DEFENDANTS

# FINAL JUDGMENT

In accordance with the memorandum opinion and final judgment entered this day, the instant case is **DISMISSED** for failure to state a claim upon which relief could be granted, counting as a "strike" under 28 U.S.C. § 1915(g). In light of this ruling, the motion [6] to release information is **DISMISSED** as moot.

**SO ORDERED**, this, the 16th day of September, 2015.

                                                                      **/s/ Sharion Aycock**
                                                                     **U.S. DISTRICT JUDGE**